UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff <br><br> — against — <br><br> ANGEL L. BENITEZ D/B/A 52 REASONS, <br><br> Defendant. | **2018–CV–06476 (ARR)** <br><br> **Opinion & Order** <br><br> **Not for electronic or print publication** |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated August 27, 2020, from the Honorable Peggy Kuo, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted, and plaintiff is awarded damages in the total sum of $20,700, comprised of $6,900 in statutory damages and $13,800 in enhanced damages. Additionally, plaintiff is awarded $720 in attorney's fees and $400 in costs.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:      September 14, 2020
            Brooklyn, New York